In the Matter of the Accounting of WILLIAM McECHRON et al., as Surviving Trustees of MARY M. PERSONS, under the Will of JONES ORDWAY, Deceased.

MARY M. PERSONS, Appellant and Respondent; WILLIAM McECHRON et al., Respondents and Appellants.

*Matter of McEchron*, 51 App. Div. 623, affirmed.
(Argued March 25, 1901; decided April 16, 1901.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department, made March 6, 1900, affirming a decree of the Warren County Surrogate's Court settling the accounts of William McEchron and James M. Ordway, as surviving trustees under the will of Jones Ordway, deceased.

79

*C. H. Sturges* and *H. A. Howard* for Mary M. Persons, appellant and respondent.

*Henry W. Williams* for William McEchron et al., respondents and appellants.

Order affirmed, without costs to either party; no opinion.
Concur: GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Taking no part: PARKER, Ch. J.